1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    JOHN ALLEN,                                CASE NO. 1:08-cv-00917 DLB PC

10                        Plaintiff,            ORDER DIRECTING CLERK'S OFFICE TO
                                                SEND COPY OF MOTION FOR
11         v.                                   RECONSIDERATION TO PLAINTIFF FOR
                                                SIGNATURE
12   HENSE, et al.,
                                                (Doc. 9)
13                        Defendants.

14                                              **FIFTEEN DAY DEADLINE**
     _____/
15

16        Plaintiff John Allen ("plaintiff") is a state prisoner who was proceeding pro se and in forma

17   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On February 3, 2009, the Court

18   dismissed Plaintiff's complaint for failure to state any claims upon which relief may be granted and

19   ordered Plaintiff to file an amended complaint within thirty days.  Plaintiff did not file an amended

20   complaint and on March 23, 2009, this Court issued an order dismissing the action for failure to state

21   a claim and failure to obey a court order.  (Doc. 7, 8.)

22        On April 6, 2009, Plaintiff filed an unsigned motion for reconsideration, stating that he had

23   complied with the Court's order. Plaintiff states that he submitted an amended complaint but

24   neglected to write the case number on his amended complaint.  As a result, the amended complaint

25   was processed as a new complaint in a new action bearing case number 1:09-cv-00433 SMS PC.

26   (Doc. 9.)

27        Plaintiff's motion for reconsideration is unsigned and the Court cannot consider unsigned

28   filings. Fed. R. Civ. P. 11(a).  Accordingly, the Clerk's Office is HEREBY DIRECTED to send to

1

1  Plaintiff a copy of the Motion for Reconsideration. (Doc. 9.)   Within fifteen (15) days of service of

2  this order, Plaintiff shall <u>sign</u> and re-file the motion.

3       Failure to comply with this order will result in a Court order striking the motion for

4  reconsideration.

5

6       IT IS SO ORDERED.

7  **Dated:**   **September 23, 2009**        **/s/ Dennis L. Beck**

8                                   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28