# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLEN, | CASE NO. 1:08-cv-00917-DLB (PC) |
| Plaintiff, | ORDER STRIKING MOTION FOR RECONSIDERATION |
| v. | (Doc. 9) |
| LYDIA C. HENSE, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. This action was dismissed on March 23, 2009 for failure to obey a court order and failure to state a claim. On April 6, 2009, Plaintiff filed an unsigned motion for reconsideration. On September 23, 2009, the Court ordered the Clerk's office to send Plaintiff a copy of the motion for reconsideration for Plaintiff to sign and directing Plaintiff to re-file the motion within fifteen days. The Court warned Plaintiff that failure to comply would result in an order striking Plaintiff's motion. Plaintiff has not complied with the Court's September 23, 2009 order. As warned previously, the Court cannot consider unsigned filings. Fed. R. Civ. P. 11(a).

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for reconsideration, filed April 6, 2009, is STRICKEN.

IT IS SO ORDERED.

Dated:   **January 29, 2010**            **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

1