# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLEN,<br><br>             Plaintiff,<br><br>    v.<br><br>LYDIA C. HENSE, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:08-cv-00917-DLB (PC)<br><br>ORDER GRANTING MOTION FOR RECONSIDERATION<br><br>(Doc. 12)<br><br>ORDER VACATING ORDER DISMISSING ACTION AND RE-OPENING CASE<br><br>(Doc. 7) |

       Plaintiff John Allen ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation, proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 23, 2009, the Court dismissed this action for failure to obey a court order and failure to state a claim upon which relief may be granted. On April 6, 2009, Plaintiff filed an unsigned motion for reconsideration, contending that he had inadvertently filed his amended complaint without the appropriate case number. The complaint was opened as a new action. On September 23, 2009, the Court sent Plaintiff a copy of his motion for reconsideration for signature and for re-filing, within fifteen days. (Doc. 10.) No filing was ever submitted with the Court, and on January 29, 2010, the Court struck Plaintiff's motion for reconsideration as unsigned.

       Pending before the Court is Plaintiff's second motion for reconsideration, filed March 4, 2010. (Doc. 12.) Plaintiff contends that he did send a signed copy of the motion for reconsideration on October 7, 2009. Plaintiff attaches as exhibits a mail card regarding Plaintiff's mailings. (Doc. 12, p. 3.) On October 7, 2009, there is an entry indicating mail was to

1

1 be sent to the Office of the Clerk at the Eastern District of California.  Also attached is a copy of
2 Plaintiff's first motion for reconsideration (pages 4 through 5), signed by Plaintiff and dated
3 October 7, 2009, as well as a copy of Plaintiff's amended complaint (pages 6 through 9), which
4 was erroneously filed on March 9, 2009 as a new action.

Plaintiff has demonstrated good cause for reconsideration of the dismissal of this action. Accordingly, the Court HEREBY ORDERS that Plaintiff's motion for reconsideration, filed March 4, 2010, is GRANTED.  Furthermore, the Court HEREBY VACATES its March 23, 2009 order.  The Clerk of the Court is directed to re-open this action and file Plaintiff's amended complaint with a separate docket number.

IT IS SO ORDERED.

**Dated:   March 16, 2010**            /s/ **Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE