# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALLEN,<br><br>             Plaintiff,<br><br>    v.<br><br>J. LOPEZ, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:08-cv-00917-DLB PC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR MODIFICATION OF SCHEDULING ORDER (DOC. 41)<br><br>Dispositive Motion Deadline: May 4, 2012 |

      Plaintiff John Allen ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendant M. Hicks for violation of the First Amendment, and against Defendant J. Lopez for violation of the First and Eighth Amendment. Pending before the Court is Defendants' motion to modify the scheduling order, filed March 12, 2012. The matter is submitted pursuant to Local Rule 230(l).

      Defendants' counsel contends that because of attrition at the Attorney General's Office,, counsel will not be able to prepare a dispositive motion by the original deadline of March 15, 2012. Blonien Decl. ¶ 3, Doc. 41.

      The decision to modify a scheduling order is within the broad discretion of the district court. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992) (quoting *Miller v. Safeco Title Ins. Co.*, 758 F.2d 364, 369 (9th Cir. 1985)). Pursuant to Federal Rule of Civil Procedure 16, a pretrial scheduling order "shall not be modified except upon a showing of good cause," and leave of court. Fed. R. Civ. P. 16(b)(4); *Zivkovic v. S. Cal. Edison Co.*, 302 F.3d

1

1080, 1087-88 (9th Cir. 2002). Although "the existence or degree of prejudice to the party opposing the modification might supply additional reasons to deny a motion, the focus of the inquiry is upon the moving party's reasons for seeking modification." *Johnson*, 975 F.2d at 609.

      The Court finds good cause to modify the schedule. Accordingly, it is HEREBY ORDERED that Defendants' motion to modify the scheduling order, filed March 12, 2012, is granted. The deadline to file dispositive motions in this action is on or before May 4, 2012.

      IT IS SO ORDERED.

      Dated:   **April 24, 2012**             /s/ **Dennis L. Beck**
                                                                                UNITED STATES MAGISTRATE JUDGE